LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

ROGER A. DREYER, ESQ. / SBN: 95462
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00759-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR THE PURPOSE OF DEPOSING WITNESSES**<br><br>Complaint Filed: April 13, 2016 |

Subject to the approval of this Court, the parties hereby stipulate to extend the deadline for completion of fact discovery from August 28, 2017 to November 30, 2017. The parties make this request because extra time is necessary to complete fact discovery, which all parties are presently pursuing diligently. In addition to completing multiple depositions of party-related and independent fact witnesses in the Lake Tahoe area, the parties must additionally coordinate depositions of plaintiffs' treating physicians in Nevada and Minnesota.

The parties do not request any change or extension of any other previously established dates in the Court's Scheduling Order of August 29, 2016.

SO STIPULATED.

Dated: June 5, 2017    WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/
MICHAEL A. KELLY
VALERIE N. ROSE
Attorneys for Plaintiff ELENA TYURINA

Dated: June 5, 2017    DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

/s/
ROGER A. DREYER
Attorneys for Plaintiff ELENA TYURINA

Dated: June 6, 2017    PAGLIERO & ASSOCIATES

/s/
JAMES R. PAGLIERO
Attorneys for Defendant MOTORSPORTS OF TAHOE, INC.

Dated: June____, 2017    RUSHFORD & BONOTTO, LLP

/s/
JAMES W. RUSHFORD
Attorneys for Defendant URBANA TAHOE TC, LLC; URBANA TAHOE BEVERAGE COMPANY, LLC and ACTION MOTORSPORTS OF TAHOE, INC.

////

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR THE PURPOSE OF DEPOSING WITNESSES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 9, 2017

_____
Troy L. Nunley
United States District Judge

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR THE PURPOSE OF DEPOSING WITNESSES