LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

ROGER A. DREYER, ESQ. / SBN: 95462
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA, | No. 2:16-cv-00759-TLN-DB |
| Plaintiffs, | **STIPULATION AND ORDER TO PERMIT ADDITIONAL DEPOSITIONS** |
| v. | |
| URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe; ACTION MOTORSPORTS OF TAHOE, INC., | |
| Defendants. | |

Whereas factual discovery in the present litigation is proceeding with all parties proceeding in good faith, subject to the approval of this Court and pursuant to Fed. Rule of Civ. Proc., Rule 30(a)(2)(A)(i), the parties hereby stipulate to permit additional depositions per party as follows:

    A.    Plaintiff Elena Tyurina: Twenty (20) total depositions;

    B.    Urbana Tahoe TC LLC and Urbana Tahoe Beverage Company, LLC dba Beach Retreat and Lodge Tahoe: Ten (10) total depositions;

C.   Action Motorsports of Tahoe, Inc.: Ten (10) total depositions.

This stipulation is not intended to limit or restrict future stipulations between the parties to further enlarge the total number of permissible depositions if the same is required by the development of information regarding witnesses and evidence developed in ongoing discovery, or to limit or restrict any party from individually requesting leave of Court to seek leave to notice depositions of fact witnesses in excess of the number set forth herein.

SO STIPULATED.

Dated: August 15, 2017                WALKUP, MELODIA, KELLY & SCHOENBERGER


/s/ Valerie Rose
MICHAEL A. KELLY
VALERIE N. ROSE
Attorneys for Plaintiff ELENA TYURINA


Dated: August 14, 2017                PAGLIERO & ASSOCIATES


/s/ James Pagliero
JAMES R. PAGLIERO
Attorneys for Defendant MOTORSPORTS OF TAHOE, INC.

Dated: August ____, 2017              RUSHFORD & BONOTTO, LLP


JAMES W. RUSHFORD
Attorneys for Defendant URBANA TAHOE TC, LLC; URBANA TAHOE BEVERAGE COMPANY, LLC and ACTION MOTORSPORTS OF TAHOE, INC.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

Dated: August 14, 2017　　　　　　　Rushford & Bonotto, LLP


/s/ James Rushford
JAMES W. RUSHFORD
Attorneys for Defendant URBANA TAHOE TC, LLC;
URBANA TAHOE BEVERAGE COMPANY, LLC
and ACTION MOTORSPORTS OF TAHOE, INC.

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 18, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\tyurina0759.stip.depo.ord

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210