LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

ROGER A. DREYER, ESQ. / SBN: 95462
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA,<br><br>Plaintiffs,<br><br>v.<br><br>URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe,<br><br>Defendants. | Case No. 2:16-cv-00759-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE CUTOFF DATE**<br><br>Complaint Filed: April 13, 2016 |

    Subject to the approval of this Court, the parties hereby stipulate to extend the deadline for disclosure of expert witnesses from October 26, 2017 to December 11, 2017, with the deadline to designate supplemental expert witnesses to be set twenty days thereafter.

    Despite their diligence, the parties are still in the midst of completing fact discovery. The parties accordingly wish to postpone expert disclosures to allow time to process evidence expected from fact discovery before confirming their selection of experts and submitting their expert

reports.

Trial in this matter is set for July 16, 2018, and thus an amended expert disclosure deadline would still comport with the requirement that expert disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D). The parties do not request any change or extension of any other previously established dates in the Court's Scheduling Order of August 29, 2016.

SO STIPULATED.

Dated: October 02, 2017  WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/
MICHAEL A. KELLY
VALERIE N. ROSE
Attorneys for Plaintiff ELENA TYURINA

Dated: September 29, 2017  PAGLIERO & ASSOCIATES

/s/
JAMES R. PAGLIERO
Attorneys for Defendant MOTORSPORTS OF TAHOE, INC.

Dated: September 29, 2017  RUSHFORD & BONOTTO, LLP

/s/
JAMES W. RUSHFORD
Attorneys for Defendant URBANA TAHOE TC, LLC; URBANA TAHOE BEVERAGE COMPANY, LLC and ACTION MOTORSPORTS OF TAHOE, INC.

////

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge

LAW OFFICES OF
**WALKUP, MELODIA, KELLY
& SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210