James W. Rushford, Esq. (SBN 088739)
RUSHFORD & BONOTTO, LLP
1010 Hurley Way, Suite 410
Sacramento, California 95825
Phone: (916) 565-0590
Fax: (916) 565-0599
jrushford@rushfordbonotto.com

R. Gregory Amundson, Esq. (SBN 079710)
Edward D. Baldwin, Esq. (SBN 160723)
WOOD, SMITH, HENNING & BERMAN, LLP
5000 Birch Street, Ste. 8500
Newport Beach, CA 92660
Phone: (949) 757-4500
Fax: (949) 757-4550
ramundson@wshblaw.com
ebaldwin@wshblaw.com

Attorneys for Defendants/Cross-Defendants/Counter-Claimants
URBANA TAHOE TC LLC and
URBANA TAHOE BEVERAGE COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA,<br><br>      Plaintiff,<br><br>vs.<br><br>URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe,<br><br>      Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No.: 2:16-cv-00759-TLN-DB<br><br>**STIPULATION AND ORDER TO EXTEND THE CLOSE OF NON-EXPERT DISCOVERY AND TO EXTEND THE EXPERT DISCLOSURE CUTOFF DATE**<br><br>COMPLAINT FILED: 04/13/16<br>TRIAL DATE: 07/16/18 |

Subject to the approval of this Court, the parties hereby stipulate to extend the deadline for the disclosure of expert witnesses from December

1

11, 2017 to January 31, 2018, with the deadline to designate supplemental expert witnesses to be set twenty (20) days thereafter.

The parties further stipulate to extend the close of non-expert discovery from November 30, 2017 to December 29, 2017. The parties have previously requested one additional extension for the discovery cutoff and for the expert disclosure deadline.

This case has involved multiple depositions in various locations throughout the country. The parties have been diligently pursuing such discovery. There remain some additional fact witnesses to be deposed in addition to plaintiff's treating health care providers in Minnesota. Despite their diligence, the parties are still in the midst of completing fact discovery. The parties accordingly wish to postpone the non-expert discovery cutoff and to postpone the expert disclosure deadline to allow time to process evidence expected from the continued fact discovery before confirming their selection of experts and submitting their expert reports.

The parties do not request any change or extension of any other previously established dates in the Court's Scheduling Order of August 29, 2016.

Trial in this matter is set for July 16, 2018 and thus an amended expert disclosure deadline would still comport with the requirement that expert disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D). The parties do not request any change or extension of any other previously established dates in the Court's Scheduling Order of August 29, 2016.

SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

Dated: November 14, 2018     **RUSHFORD & BONOTTO, LLP**

By: /s/ James W. Rushford
    JAMES W. RUSHFORD
Attorneys for Defendants, URBANA TAHOE TC LLC and URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe

Dated: November 14, 2018     **WOOD SMITH HENNING & BERMAN, LLP**

By: /s/ Robert G. Amundson
    ROBERT G. AMUNDSON (SBN 79710)
Attorneys for Defendants, URBANA TAHOE TC LLC and URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe

Dated: November 14, 2018     **WALKUP, MELODIA, KELLY & SCHOENBERGER**

By: /s/ Valerie N. Rose
    MICHAEL A. KELLY (SBN 71460)
    VALERIE N. ROSE (SBN 272566)
Attorneys for Plaintiff, ELENA TYURINA

Dated: November 14, 2018     **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: /s/ Roger A. Dreyer
    ROGER A. DREYER (SBN 95462)
Attorneys for Plaintiff, ELENA TYURINA

Dated: November 14, 2018     **PAGLIERO & ASSOCIATES**

By: /s/ James R. Pagliero
JAMES R. PAGLIERO (SBN 95898)
Attorneys for Defendant, ACTION MOTORSPORTS OF TAHOE, INC.

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: **12/01/2017**

_____
Troy L. Nunley
United States District Judge