JAMES R. PAGLIERO, ESQ. – SBN 095898
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100   Fax: (916) 481-7101

Attorneys for Defendant
Action Motorsports of Tahoe, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA, | Case Number: 16-cv-00759-TLN-DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MOVE THE HEARING ON THE URBANA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe; ACTION MOTORSPORTS OF TAHOE, INC., | |
| | **Date:   February 8, 2018** |
| | **Time:   2:00 p.m.** |
| Defendants. | **Courtroom: 2, 15th Floor** |

The undersigned, on behalf of their respective clients, hereby stipulate and agree as follows:

1. Currently there is a motion scheduled for February 8, 2018 by defendants Urbana Tahoe TC LLC and Urbana Tahoe Beverage Company, LLC for summary judgment and partial summary judgment or, in the alternative, an order treating specified facts as established.

/ / /

1

**Stipulation and Order to Move the Hearing on the Urbana**     <u>**Tyurina v. Urbana Tahoe**</u>
**Defendants' Motion for Summary Judgment**     **16-cv-00759-TLN-DB**

2. The parties request an order from the Court that the hearing date be moved from February 8, 2018 to February 22, 2018, at 2:00 p.m. in Courtroom 2 of this Court.

Respectfully Submitted,

Dated: January 11, 2018          Walkup, Melodia, Kelley & Schoenberger
A Professional Corporation

By: /s/ Valerie N. Rose
Valerie N. Rose, Esq.
Attorney for Plaintiff
Elena Tyurina

Dated: January 11, 2018          Rushford & Bonotto, LLP

By: /s/ James W. Rushford
James W. Rushford, Esq.
Attorney for Defendants Urbana Tahoe TC LLC, and Urbana Tahoe Beverage Company, LLC

Dated: January 11, 2018          Pagliero & Associates
A Professional Corporation

By: /s/ James R. Pagliero
James R. Pagliero, Esq.
Attorney for Defendant
Action Motorsports of Tahoe, Inc.

2

**Stipulation and Order to Move the Hearing on the Urbana**     **Tyurina v. Urbana Tahoe**
**Defendants' Motion for Summary Judgment**     **16-cv-00759-TLN-DB**

## **ORDER**

Based on the foregoing stipulation of the parties the hearing date on the motion by defendants Urbana Tahoe TC LLC and Urbana Tahoe Beverage Company, LLC for summary judgment and partial summary judgment or, in the alternative, an order treating specified facts as established is hereby moved from February 8, 2018 to February 22, 2018, with the hearing to be held at 2:00 p.m. in Courtroom 2.

Dated: January 11, 2018

Troy L. Nunley
United States District Judge

3

**Stipulation and Order to Move the Hearing on the Urbana**      **Tyurina v. Urbana Tahoe**
**Defendants' Motion for Summary Judgment**      **16-cv-00759-TLN-DB**