1  JAMES R. PAGLIERO, ESQ. – SBN 095898
   PAGLIERO & ASSOCIATES
2  A Professional Corporation
   5701 Marconi Avenue
3  Carmichael, CA 95608
   (916) 481-7100   Fax: (916) 481-7101
4
   Attorneys for Defendant
5  Action Motorsports of Tahoe, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA, | Case Number: 16-cv-00759-TLN-DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MOVE THE HEARING ON MOTION BY DEFENDANT ACTION MOTORSPORTS OF TAHOE, INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT [PURSUANT TO CODE CIV. PROC., § 877.6]** |
| URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe; ACTION MOTORSPORTS OF TAHOE, INC., | |
| Defendants. | **Date:** February 8, 2018<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2, 15th Floor |

The undersigned, on behalf of their respective clients, hereby stipulate and agree as follows:

1. Currently there is a motion scheduled for February 8, 2018 on defendant Action Motorsports of Tahoe, Inc. for determination of good faith settlement [pursuant to Code Civ. Proc., § 877.6].

/ / /

1

2. The parties request an order from the Court that the hearing date be moved from February 8, 2018 to February 22, 2018, at 2:00 p.m. in Courtroom 2 of this Court.

Respectfully Submitted,

Dated: January 15, 2018    DREYER BABICH BUCCOLA WOOD CAMPORA

By: /s/ Roger A. Dreyer
    Roger A. Dreyer, Esq.
    Attorney for Plaintiff
    Elena Tyurina

Dated: January 15, 2018    Rushford & Bonotto, LLP

By: /s/ James W. Rushford
    James W. Rushford, Esq.
    Attorney for Defendants Urbana Tahoe TC LLC,
    and Urbana Tahoe Beverage Company, LLC

Dated: January 15, 2018    Pagliero & Associates
                           A Professional Corporation

By: /s/ James R. Pagliero
    James R. Pagliero, Esq.
    Attorney for Defendant
    Action Motorsports of Tahoe, Inc.

2

**Stipulation and Order to Move the Hearing on the Motion**　　　　　**Tyurina v. Urbana Tahoe**
**By Defendant Action for Determination of Good Faith Settlement**　　**16-cv-00759-TLN-DB**

## **ORDER**

Based on the foregoing stipulation of the parties the hearing date on the motion by defendant Action Motorsports of Tahoe, Inc. for determination of good faith settlement [pursuant to Code Civ. Proc., § 877.6] is hereby moved from February 8, 2018 to February 22, 2018, with the hearing to be held at 2:00 p.m. in Courtroom 2.

Dated: January 16, 2018

_____
Troy L. Nunley
United States District Judge

3

**Stipulation and Order to Move the Hearing on the Motion**      <u>**Tyurina v. Urbana Tahoe**</u>
**By Defendant Action for Determination of Good Faith Settlement**      **16-cv-00759-TLN-DB**