1  JAMES R. PAGLIERO, ESQ. – SBN 095898
   PAGLIERO & ASSOCIATES
2  A Professional Corporation
   5701 Marconi Avenue
3  Carmichael, CA 95608
   (916) 481-7100   Fax: (916) 481-7101
4
   Attorneys for Defendant
5  Action Motorsports of Tahoe, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA, | Case Number: 16-cv-00759-TLN-DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MOVE THE HEARINGS ON (1) MOTION BY DEFENDANT ACTION MOTORSPORTS OF TAHOE, INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND (2) MOTION BY DEFENDANT URBANA TAHOE TC LLC FOR SUMMARY JUDGMENT** |
| URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe; ACTION MOTORSPORTS OF TAHOE, INC., | |
| Defendants. | **Date:** February 22, 2018<br>**Time:** 2:00 p.m.<br>**Courtroom: 2, 15th Floor** |

The undersigned, on behalf of their respective clients, hereby stipulate and agree as follows:

1. Currently there is a motion scheduled for February 22, 2018 by defendant Action Motorsports of Tahoe, Inc. for determination of good faith settlement [pursuant to Code Civ. Proc., § 877.6].

///

1

**Stipulation and Order to Move the Hearings on (1) Motion for**        <u>**Tyurina v. Urbana Tahoe**</u>
**Good Faith Settlement and (2) Motion for Summary Judgment**        **16-cv-00759-TLN-DB**

2. There is also currently scheduled for February 22, 2018 a motion by defendant Urbana Tahoe TC LLC for summary judgment.

3. The parties have tentatively agreed to a resolution of the two cross-actions between defendants Action Motorsports and Urbana Tahoe TC, respectively, which will include a stipulation of the parties agreeing to (1) the settlement between plaintiff and Action Motorsports being in good faith, and (2) Urbana Tahoe TC dropping its motion for summary judgment.

4. In order to allow the parties the necessary time to work out all the details of the agreement referenced herein, the parties request an order from the Court that the hearing date for both the motion for good faith settlement and the motion for summary judgment be moved from February 22, 2018 to March 22, 2018, at 2:00 p.m. in Courtroom 2 of this Court.

Respectfully Submitted,

Dated: February 2, 2018        DREYER BABICH BUCCOLA WOOD CAMPORA

By: /s/ Roger A. Dreyer
Roger A. Dreyer, Esq.
Attorney for Plaintiff
Elena Tyurina

Dated: February 2, 2018        Rushford & Bonotto, LLP

By: /s/ James W. Rushford
James W. Rushford, Esq.
Attorney for Defendants Urbana Tahoe TC LLC,
and Urbana Tahoe Beverage Company, LLC

Dated: February 1, 2018        Pagliero & Associates
A Professional Corporation

By: /s/ James R. Pagliero
James R. Pagliero, Esq.
Attorney for Defendant
Action Motorsports of Tahoe, Inc.

2

**Stipulation and Order to Move the Hearings on (1) Motion for**                **Tyurina v. Urbana Tahoe**
**Good Faith Settlement and (2) Motion for Summary Judgment**                **16-cv-00759-TLN-DB**

## ORDER

Based on the foregoing stipulation of the parties the hearing date on the motion by defendant Action Motorsports of Tahoe, Inc. for determination of good faith settlement [pursuant to Code Civ. Proc., § 877.6] is hereby moved from February 22, 2018 to March 22, 2018, with the hearing to be held at 2:00 p.m. in Courtroom 2; and the hearing date on the motion by defendant Urbana Tahoe TC LLC for summary judgment is hereby moved from February 22, 2018 to March 22, 2018, with the hearing to be held at 2:00 p.m. in Courtroom 2.

Dated: February 02, 2018

_____
Troy L. Nunley
United States District Judge

3

**Stipulation and Order to Move the Hearings on (1) Motion for Good Faith Settlement and (2) Motion for Summary Judgment**

**Tyurina v. Urbana Tahoe**
**16-cv-00759-TLN-DB**