JAMES R. PAGLIERO, ESQ. – SBN 095898
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100  Fax: (916) 481-7101

Attorneys for Defendant
Action Motorsports of Tahoe, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA TYURINA, | ) Case Number: 16-cv-00759-TLN-DB |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **REGARDING DETERMINATION OF** |
| | ) **GOOD FAITH SETTLEMENT** |
| URBANA TAHOE TC LLC; | ) **[PURSUANT TO CODE CIV. PROC., §** |
| URBANA TAHOE BEVERAGE | ) **877.6] BETWEEN PLAINTIFF AND** |
| COMPANY, LLC dba Beach Retreat | ) **DEFENDANT ACTION** |
| and Lodge Tahoe; ACTION | ) **MOTORSPORTS OF TAHOE, INC.** |
| MOTORSPORTS OF TAHOE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

The parties, through their undersigned attorneys, hereby stipulate and agree as follows:

1.      Settlement has been reached between plaintiff Elena Tyurina and defendant Action Motorsports of Tahoe, Inc. ("Action Motorsports"). As a result, Action Motorsports filed a motion for a determination that the settlement was in good faith pursuant to California Code of Civil Procedure section 877.6. Plaintiff joined in that

1

motion.

2.    The parties stipulate that the settlement between plaintiff and Action Motorsports is in good faith pursuant to California Code of Civil Procedure section 877.6. The parties further stipulate that the court may issue an order granting that motion and dismissing all claims by defendants Urbana Tahoe TC LLC and Urbana Tahoe Beverage Company for non-contractual indemnity and contribution as to Action Motorsports of Tahoe, Inc.

Respectfully Submitted,

Dated: March 1,  2018          DREYER BABICH BUCCOLA WOOD CAMPORA

By: /s/ Roger A. Dreyer
    Roger A. Dreyer, Esq.
    Attorney for Plaintiff
    Elena Tyurina

Dated: March 1,  2018          WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Valerie N. Rose,
    Valerie N. Rose, Esq.
    Attorney for Plaintiff
    Elena Tyurina

Dated: March 1,  2018          Rushford & Bonotto, LLP

By: /s/ James W. Rushford
    James W. Rushford, Esq.
    Attorney for Defendants Urbana Tahoe TC LLC,
    and Urbana Tahoe Beverage Company, LLC

Dated: March 1,  2018          Pagliero & Associates
                               A Professional Corporation

By: /s/ James R. Pagliero
    James R. Pagliero, Esq.
    Attorney for Defendant
    Action Motorsports of Tahoe, Inc.

2

## <u>ORDER</u>

Based on the foregoing stipulation, and good cause appearing therefor, the Court rules as follows:

1. The Court finds the settlement between plaintiff and defendant Action Motorsports of Tahoe, Inc. is in "good faith" pursuant to the provisions of California Code of Civil Procedure section 877, et seq.

2. The motion by defendant Action Motorsports of Tahoe, Inc. for determination of good faith settlement relative to its settlement with plaintiff, and in which plaintiff joined, is hereby granted.

3. All claims for non-contractual indemnity and contribution by defendants Urbana Tahoe TC LLC and/or Urbana Tahoe Beverage Company, LLC, dba Beach Retreat and Lodge at Tahoe, as to Action Motorsports of Tahoe, Inc., whether or not such claims for non-contractual indemnity and contribution are stated in the counterclaim by the Urbana entities, are hereby dismissed with prejudice.

Dated: March 5, 2018

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order Regarding Determination of Good Faith Settlement**
**Between Plaintiff and Defendant Action Motorsports of Tahoe, Inc.**

**<u>Tyurina v. Urbana Tahoe</u>**
**16-cv-00759-TLN-DB**