1  JAMES R. PAGLIERO, ESQ. – SBN 095898
   PAGLIERO & ASSOCIATES
2  A Professional Corporation
   5701 Marconi Avenue
3  Carmichael, CA 95608
   (916) 481-7100   Fax: (916) 481-7101
4
   Attorneys for Defendant
5  Action Motorsports of Tahoe, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELENA TYURINA, | ) Case Number: 16-cv-00759-TLN-DB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER REGARDING DISMISSAL OF CROSSCLAIM BY ACTION MOTORSPORTS OF TAHOE, INC. AND COUNTERCLAIM OF URBANA TAHOE TC LLC AND URBANA TAHOE BEVERAGE COMPANY, LLC** |
| URBANA TAHOE TC LLC; URBANA TAHOE BEVERAGE COMPANY, LLC dba Beach Retreat and Lodge Tahoe; ACTION MOTORSPORTS OF TAHOE, INC., | ) |
| Defendants. | ) |

The undersigned, on behalf of their respective clients, hereby stipulate and agree as follows:

1.  Defendant Action Motorsporsts of Tahoe, Inc. hereby agrees to dismiss its cross-claim without prejudice.

2.  Defendants Urbana Tahoe TC LLC and Urbana Tahoe Beverage Company, LLC, dba Beach Retreat and Lodge Tahoe, hereby agree to dismiss their counterclaim

1

without prejudice.

    3.    No party is considered to be the prevailing party as a result of the dismissal of either the cross-claim or the counterclaim.

Respectfully Submitted,

Dated: March  6 , 2018    Rushford & Bonotto, LLP

By: /s/ James W. Rushford
James W. Rushford, Esq.
Attorney for Defendants Urbana Tahoe TC LLC,
and Urbana Tahoe Beverage Company, LLC

Dated: March  6 , 2018    Pagliero & Associates
A Professional Corporation

By: /s/ James R. Pagliero
James R. Pagliero, Esq.
Attorney for Defendant
Action Motorsports of Tahoe, Inc.

2

**Stipulation and Order Regarding Dismissals of**    **Tyurina v. Urbana Tahoe**
**Crossclaim by Action and Counterclaim by Urbana**    **16-cv-00759-TLN-DB**

# ORDER

In light of the stipulation between Action Motorsports of Tahoe, Inc., Urbana Tahoe TC LLC, and Urbana Tahoe Beverage Company, LLC, dba Beach Retreat and Lodge at Tahoe, and good cause appearing therefor, the Court hereby orders as follows:

1. The cross-claim of Action Motorsports of Tahoe, Inc. is hereby dismissed without prejudice.

2. The counterclaim of defendants Urbana Tahoe TC LLC and/or Urbana Tahoe Beverage Company, LLC, dba Beach Retreat and Lodge Tahoe, is hereby dismissed without prejudice.

Dated: March 12, 2018

          Troy L. Nunley
          United States District Judge

3

**Stipulation and Order Regarding Dismissals of**     **Tyurina v. Urbana Tahoe**
**Crossclaim by Action and Counterclaim by Urbana**     **16-cv-00759-TLN-DB**